Roger B. King
Name and Prisoner/Booking Number

Winner City Jail
Place of Confinement

217 E. 3rd St.
Mailing Address

Winner SD. 57580
City, State, Zip Code

**FILED**
**JUN 29 2012**
[signature] CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
_____ DIVISION

Roger Baines King,
(Full Name of Plaintiff)

Plaintiff,

vs.

MD. Tony L. Berg,
Mayor Jess Kesse,
Paul Schroder,
Lori Kalenda,
(Full Name of Each Defendant)

Defendants.

Case No. 12-4120
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Roger Baines King.
   Present mailing address: 217 East 3rd St. Winner SD 57580
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

Institution/city where violation occurred: Winner City Jail

Jury Trial Demanded, Civil Rights Complaint By A Prisoner.

3. Name of first Defendant: **CHIP SCHNORDER**. The first Defendant is employed as: **SHERIFF** at **TRIPP COUNTY WINNER S.D.**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **EMPLOYMENT**

4. Name of second Defendant: **RICHARD BERTRAM**. The second Defendant is employed as: **SERGANT** at **WINNER CITY JAIL**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **EMPLOYMENT**

5. Name of third Defendant: **TRENT SINCLAIR**. The third Defendant is employed as: **ASSITANT CHIEF** at **WINNER CITY JAIL**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **EMPLOYMENT**

6. Name of fourth Defendant: **LORI KALENDA**. The fourth Defendant is employed as: **JAIL ADMINISTRATOR** at **WINNER CITY JAIL**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **EMPLOYMENT**

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If your answer is "yes," how many lawsuits have you filed? _____. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

**JURY TRIAL DEMANDED CIVIL RIGHT COMPLAINT RYA**

CIVIL RIGHTS COMPLAINT
**PRISONER**

Revised 1/11                                                                                              Page 2 of 7

  b. Court: (If federal court, identify the district; if state court, identify the county.) _____
  _____
  c. Case or docket number: _____
  d. Claims raised: _____
  _____
  _____
  e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
  _____
  f. Approximate date lawsuit was filed: _____
  g. Approximate date of disposition: _____

4. Second prior lawsuit:
  a. Parties to previous lawsuit:
     Plaintiff: _____
     Defendants: _____
     _____
  b. Court: (If federal court, identify the district; if state court, identify the county.) _____
  _____
  c. Case or docket number: _____
  d. Claims raised: _____
  _____
  _____
  e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
  _____
  f. Approximate date lawsuit was filed: _____
  g. Approximate date of disposition: _____

5. Third prior lawsuit:
  a. Parties to previous lawsuit:
     Plaintiff: _____
     Defendants: _____
     _____
  b. Court: (If federal court, identify the district; if state court, identify the county.) _____
  _____
  c. Case or docket number: _____
  d. Claims raised: _____
  _____
  _____
  e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
  _____
  f. Approximate date lawsuit was filed: _____
  g. Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

*JURY TRIAL DEMANDED, CIVIL RIGHTS COMPLAINT BY A PRISONER*

CIVIL RIGHTS COMPLAINT

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): __14TH AMENDMENT,   DUE PROCESS__

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☑ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   All Defendants are guilty by knowing of excessive imminent danger of excessive chronic pain, to the point of death if no care.

   Left me without antibiotic, pain medications for a full 10 days from 6/16/12 to 6/26/12.

   MD, Burg still not put me on proper medications medical records will followed in this case. Should be on Tramadole for pain.

   Remove Tonsils 6/6/12 Winner Regional Hospital South Dakota.

   All Defendants aware but disregarded excessive chronic pain, infection.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Metal Anguish, Imminent Excessive Danger of Physical Pain

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. __Medical Requests, Grievance will be sent if I can obtain?__

Jury Trial Demanded, Civil Rights Complaint by a Prisoner

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   14TH AMENDMENT. DUE PROCESS

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☑ Medical care     ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   All medical request not answered a full 10 days grievance not at all. To the point of recklessness by all defendants of a known risk of deliberate indifference requires proof of a reckless disregard of a known risk, serious medical treatment needed all officials failed and knew of delay, without cause or reason.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   By subjective and objective of serious harm exists officials all by knowing and did know to the point of recklessness.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. Will try to obtain by the court their is corruption here, officials wont answer

Jury trial demanded, civil right complaint by a prisoner

CIVIL RIGHTS COMPLAINT

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): U.S. CONSTITUTIONAL LAW 8TH, 14TH AMENDMENT.

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☑ Medical care ☐ Access to the court ☐ Mail
   ☐ Disciplinary proceedings ☐ Retaliation ☐ Exercise of religion ☐ Property
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   ALL OFFICIALS IN THE STATE OF MIND OF KNOWING MY MEDICAL ISSUES RECKLESS AND DELIBERATE DONE NOTHING UNTIL 10 DAYS LATER AFTER THE FACT SHOWING INDIFFERENCE, AND ARE CORRUPT HERE. BEEN CORRUPT, SO LONG THEY JUST DON'T CARE!

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   RECKLESS DISREGUARD OF A KNOWN RISK METAL ANQUISH, PYSICAL EXCESSIVE PAN.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. WILL ATTEMPT TO OBTAIN THESE FROM CORRUPT OFFICIALS.

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

JURY TRIAL DEMAND, CIVIL RIGHTS COMPLAINT BY A PRISONER,

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

AMENDMENT 7. U.S CONSITUTION, IN SUITS AT COMMON LAW, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED TWENTY DOLLARS, THE RIGHT BY A JURY SHALL BE PRESERVED, AND NO FACT TRIED BY A JURY SHALL BE OTHERWISE RE-EXAMINED IN ANY COURT OF THE UNITED STATES, THAN ACCORDING TO THE RULES OF THE COMMON LAW.

THIS CASE IS JURY TRIAL DEMAND AND IN RELIEF OF 10 MILLION DOLLARS AND I AM COVERED BY 7TH AMENDMENT 14TH AMENDMENT 1868 TREATY ENROLLED MEMBER LOWER BRULE UNITED STATES CITIZEN 14

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __ROGER KING__  
DATE

Signature of Plaintiff

_____
(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

CIVIL RIGHTS COMPLAINT BY JURY TRIAL DEMANDED

CIVIL RIGHTS COMPLAINT

## DEFENDANTS

1. MAYOR - JESS KESSE
2. PAUL SCHUETH - CHIEF OF POLICE, WINNER S.D.
3. CHIP SCHORDER - SHERIFF OF TRIP COUNTY
4. LORI KALENDA - JAIL ADMINISTRATOR
5. SGT. RICHARD BERTRAM
6. WINNER CITY OFFICIALS AND, COUNTY OFFICIALS UNDER COLOR OF LAW, AND EXECUTIVE ET AL,
7. MD TONY BURG OF WINNER REGIONAL HOSPITAL WINNER SD. 57580

DO TO THE FACT PLAINTIFF IS ENROLLED LOWER BULE ENROLLED MEMBER OF THE SIOUX TRIBE, IS A UNITED STATES CITIZEN ONLY, ENTITLES TO THE WHOLE U.S. CONSITUTION, AND PRECISE CONSTITUTIONAL LAW VIOLATIONS, 14TH AND 8TH AMENDMENT, AND ENTITED TO DUE PROCESS OF CONSITUTIONAL RIGHTS OF $5^{TH}, 6^{TH}, 7^{TH}$ AMENDMENT AS WELL AS $8TH, 14^{TH}$,

I WAS DEPRIVED OF RIGHTS SECURED BY THE UNITED STATES CONSITUTION AND LAWS OF THE UNITED STATES OF MEDICAL TREATMENT FOR A FULL 10 days. AS WELL AS MY CONFINED TO SCRUTINY UNDER 8TH AMENDMENT FARMER V. BRENNAN 511 U.S 825, 832, 114 SCT 2475, 2480, 125 L.Ed. 2d. 22 (1994); ALSO CITING

1.

Helling v. McKinney 509 U.S 2531 131 CT 2475 2480, 125 L.Ed. 2d 22 (1993).

Proof is clear after the fact of full 10 days infection and excessive pain, put on antibodic, and 800mgs Motrin, still lacking Tramadole for pain given to me by IHS Doctors Rosebud SD.

The deliberate indifferent standard is applied to conditions of confinement standards applies 9th and 14th amendment Holden v. Hirner, 633 F.3d. 336, 341 (8 Cir 2011); Kahle v. Leonard 477 F.3d, 544, 550 (8th Cir. 2007)

Substantial risk is serious harm meet (objective component) Jail officials had a sufficienty cable state of mind — they did actually

(2.)

knew and know but disregarded and were deliberately indifferent to my health and saftey, by several medical requests and grievance

**Motion** for court order to Jail Administrator of Medical requests and Grievance, state officials were petition under 1st Amendment.

(The Subjective Component) has been met Crow, 403 F.3d. at 602 citing Pagels v. Morrison 335 F.3d 736, 740 (8th Cir. 2003) and Jackson v. Everett 140 F.3d 1149, 1151 (8th Cir 1998). Jail officials was both aware of facts from which the inference could be drawn, substantial risk of serious harm existed and officials actually drew that inference. Crow, 403 F.3d at 602; Farmer, 511, U.S. at 837, 114 S.Ct. at 1979 see also Hott v. Hennepin County, 260 F.3d. 901, 905 (8th Cir 2001) the 14th →

(3.)

AMENDMENT GUARANTEES PRETRIAL DETAINEES PROTECTION FROM DEPRIVATIONS THAT ARE INTENDED TO PUNISH); PERKINS V. GRIMES 161 F.3d 1127 1130 (8TH CIR 1998)(THE SUBJECTIVE COMPONENT MUST BE MET BECAUSE ONLY THE UNNECESSARY AND WANTON INFLICTION OF PAIN IMPLICATES THE 8TH AMENDMENT CITING JENSEN V. CLARKE 73 F.3d 808, 818 (8TH CIR 1996) THE STATE OF MIND IS CLEAR PAIN MEDICATION MOTRIN 800 mgs. BY M.D. BURG CRUEL AND UNUSUAL PUNISHMENT IS CLEAR, BY STATE OF MIND BY OFFICIALS FARMER U.S. AT 838, 114 S.CT AT 1979; WILSON V. SEITER 501 U.S. 294, 299, 111 S.CT. 2321, 2324, 115 L.Ed. 2d. 271 (1991) THE UNITED STATES SUPREME COURT HAS DIRECTED THAT THE STATE OF MIND WHICH IS SUFFICIENTLY CUPABLE FOR PURPOSE OF AN 8TH AMENDMENT VIOLATION IS ONE →

(4)

PASSED AWAY BECAUSE EXCESSIVE INFECTION AND PAIN do TO WINNER CITY OFFICIAL KNEW BUT DONE NOTHING FOR 10 DAYS PUT MEDICAL REQUEST IN FOR FULL 10 DAYS AND GRIEVANCE CLEAR EVIDENCE OF KNOWLEDGE OF JAIL OFFICIALS BY ALL DEFENDANT AND A NOTICE OF INTENT TO FILE SUIT REQUESTING COURT ORDER FOR ALL INFORMATION, CONSITUTIONAL FACT AND BY LAW

RELIEF IS 20 MILLION DOLLARS, AND COURT APPOINTED ATTORNEY UNDER 5, 6, AMENDMENT AND PROTECTION OF 7TH AMENDMENT FOR JURY TRIAL ONLY!

THIS 27TH DAY OF JUNE 2012

ROGER KING

*Roger Ky*

(5,)